## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| ERROL WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:09-00143 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| JERRELL W. JONES, SHERIFF BOLLINGER, | ) | |
| and CHIEF HOLT, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Upon the parties' stipulation of dismissal (Docket Entry No. 63) and pursuant to Rule

41(a)(1)(ii), this action is hereby **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the _10th_ day of May, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge